```
                IN THE UNITED STATE DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          WESTERN DIVISION
```

CARLOS GARZA, #54026-019                                    PETITIONER

VS.                           CIVIL ACTION NO. 5:08-cv-300-DCB-MTP

BRUCE PEARSON and
UNITED STATES DEPARTMENT OF HOMELAND
SECURITY                                                    RESPONDENTS

## FINAL JUDGMENT

This matter having come before the Court on the Magistrate Judge's Report and Recommendation [docket entry no. 12] that the petitioner's case be dismissed with prejudice as moot, and the Court's having adopted said Report and Recommendation in its entirety, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this the 12th day of August 2009.

               s/ David Bramlette
        UNITED STATES DISTRICT JUDGE